■ In the Matter of WEST ISLIP UNION FREE SCHOOL DISTRICT, Respondent, v DAVID MILLER, as President of the West Islip Teachers Association, et al., Appellants.—In a proceeding to stay arbitration, the appeal is from a judgment of the Supreme Court, Suffolk County, dated June 6, 1978, which

granted the application. Judgment affirmed, without costs or disbursements. Service of the demand for arbitration by ordinary mail did not comply with CPLR 7503 (subd [c]), which requires that such a demand be served in the same manner as a summons or by registered or certified mail, return receipt requested. Such improper service constituted sufficient grounds to stay arbitration (see *Matter of Chasin v Chasin,* 37 AD2d 839). Mollen, P. J., Martuscello, Rabin and Gulotta, JJ., concur.